1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   CHRISTOPHER LEE FANNIN,                    No.  2:21-CV-1245-DMC-P

12              Plaintiff,

13      v.                                                   <u>ORDER</u>

14   SHASTA COUNTY JAIL,

15              Defendant.

16

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  Plaintiff has not resolved the fee status for this case by filing either a complete

19   application to proceed in forma pauperis or paying the required filing fee.  Plaintiff will be

20   provided the opportunity to submit either a completed application to proceed in forma pauperis or

21   pay the appropriate filing fee.  Plaintiff is warned that failure to comply with this order may result

22   in the dismissal of this action for lack of prosecution and failure to comply with court rules and

23   orders.  <u>See</u> Local Rule 110.

24              Accordingly, IT IS HEREBY ORDERED that:

25              1.      Plaintiff shall submit on the form provided by the Clerk of the Court,

26   within 30 days from the date of this order, a complete application for leave to proceed in forma

27   pauperis or pay the appropriate filing fee; and

28   / / /

1

2.      The Clerk of the Court is directed to send Plaintiff a new form Application to Proceed In Forma Pauperis.

Dated:  June 3, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2